(77 South. 854)

No. 22888.

HYMAN v. VEITH.

(Jan. 28, 1918.)

*(Syllabus by the Court.)*

Appeal and Error ⊕=387(3)—Time for Appeal and Filing Bond.

An appeal is not complete until the bond of appeal has been furnished. An appeal must be taken and the bond filed before 12 months have expired after the judgment was rendered.

Appeal from Civil District Court, Parish of Orleans; George H. Théard, Judge.

Action by Mrs. Anna La Villebeuvre Hyman against Frederick G. Veith. From the judgment for plaintiff defendant appeals. Appeal dismissed.

George P. Platt, of Algiers, for appellant. W. S. Lewis, of New Orleans, for appellee.

On Motion to Dismiss Appeal.

SOMMERVILLE, J. The motion is based on the allegation that the appeal bond was filed more than 12 months after the judgment appealed from was signed.

Judgment was rendered October 19, 1916, and signed October 25, 1916. A petition for a devolutive appeal was filed October 25, 1917, and an order of appeal was granted on condition that the petitioner should furnish bond in the sum of $100. The bond was not furnished and filed until November 28, 1917, more than one year after the judgment was rendered. C. P. art. 593. The bond was filed too late.

The appeal was not completed until the bond was filed; and the appeal had to be taken within one year after the judgment was rendered. Wood v. Calloway, 21 La. Ann. 481; Boutte v. Boutte, 30 La. Ann. 177; Immanuel Church v. Riedy, 104 La. 318, 29 South. 149; People's Bank v. Arceneaux, 134 La. 292, 64 South. 116.

The appeal is dismissed.